**MICHAEL A. SHEINBERG**
ATTORNEY AT LAW
50 COURT STREET
SUITE 702
BROOKLYN, NEW YORK 11201
———
(718) 852-0079
FAX (718) 852-6086

August 30, 2013

Hon. Dora L. Irizarry

Federal District Court Judge

U.S. Courthouse for the Eastern District of NY

225 Cadman Plaza

Brooklyn, N.Y.  11201


Re: **USA v. Agron Zenelas**

    **11-486 (DLI)**

   With respect to the above defendant, Agron Zenelas, I am requesting an adjournment of his sentence which is currently scheduled for September 30, 2013.

   Mr. Zenelas is currently undergoing psychological treatment and evaluation.  We require additional time to submit a proper and comprehensive report to the court  in aid of his sentencing.

   We are requesting at least a two month adjournment of his sentencing .   Mr. Steven Tiscione, the Assistant United States Attorney has no objection to this request.


Very truly yours,

*/s/ Michael A. Sheinberg*

Michael A. Sheinberg

cc. AUSA Steven Tiscione