U.S. PRETRIAL SERVICES AGENCY ☆ EASTERN DISTRICT OF NEW YORK

## PRETRIAL SUPERVISION STATUS REPORT

| Name of Defendant: | | |
|---|---|---|
| Zenelaj, Agron | | |
| **Presiding Judge:** | **Date of Hearing:** | **Type of Hearing:** |
| Honorable Dora L. Irizarry | September 30, 2013 | Sentencing |
| **Docket Number:** | **Date of Initial Appearance:** | **Date of Release:** |
| 11CR486 | September 13, 2011 | September 15, 2011 |

### SUMMARY OF RELEASE INFORMATION:

The defendant was arrested by DEA/ICE Special Agents on July 13, 2011, and was charged with Conspiracy to Possess with Intent to Distribute Narcotics Controlled Substance, in violation of 21 U.S.C. 846. The defendant appeared in this District on the same date before former U.S. Magistrate Judge Andrew L. Carter and a temporary order of detention was entered. On July 15, 2011, the defendant appeared before Judge Carter for a detention hearing and was released on a $500,000 collateral bond with the following conditions: report to Pretrial Services as directed; no contact with co-defendants unless in the presence of counsel; surrender passport and do not reapply; must reside at 64 Crotty Avenue, Yonkers, New York; and travel restricted to the Eastern and Southern Districts of New York.

### COMPLIANCE WITH RELEASE CONDITIONS:

Due to the defendant's residence in Yonkers, New York courtesy supervision has been conducted by the Southern District of New York. The defendant has been compliant throughout the Pretrial Services supervision period. The defendant reports as directed and provides all requested documentation.

### UPDATED SOCIAL INFORMATION:

The defendant has maintained residence at 64 Crotty Avenue, Yonkers, New York 10704 since his bail release. The Southern District of New York advised no unusual activity was noted during random home visits.

### VERIFICATION OF COMMUNITY TIES:

The Southern District of New York advised the defendant's address was verified through home contacts and documentation.

### ADJUSTMENT TO SUPERVISION:

The Southern District of New York reported the defendant's adjustment to Pretrial Services supervision has been satisfactory.

### CRIMINAL RECORD CHECK:

The most recent criminal record check was conducted on September 23, 2013, and shows no new arrests, outstanding warrants, nor pending criminal action.

## REASSESSMENT OF RISKS:

*Risks of Non-Appearance:*

1. Nature of the offense charged.

*Risks of Danger:*

1. There are no known factors that indicate the defendant poses a risk of danger to the community.

## CONDITIONS TO CONSIDER AT SENTENCING:

Due to the defendant's overall compliance under Pretrial Services supervision, it is Pretrial Services' recommendation that the defendant be considered a candidate for voluntary surrender should a term of custody be imposed.

## REQUEST TO MODIFY CONDITIONS OF RELEASE:

None.

Submitted by:                                          Approved by:

_____          _____
Erin J. Rodriguez                                    Desiree Melendez
U.S. Pretrial Services Technician            U.S. Pretrial Services Officer Specialist

Date:   September 23, 2013