NOTICE OF APPEAL

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-against-   NOTICE OF APPEAL

AGRON ZENELAJ,   DOCKET # 11-CR-486(S-1)

Defendant.

---

Notice is hereby given that AGRON ZENELAJ, the above defendant, hereby Appeals to the United States Court of Appeals for the Second Circuit from the decision of The HON. DORA L. IRIZARRY, from the conviction and sentence the above defendant to the maximum sentence under his plea of guilty, entered in this action on September 30, 2013.

GEORGE SHEINBERG
50 Court Street-Suite 702
Brooklyn, New York 11201
Tel: (718) 852-8282

Dated: Brooklyn, NY
October 4, 2013

```
&%RP&%D1&%RPDUPLICATE

Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653064904
Cashier ID: egoddard
Transaction Date: 10/07/2013
Payer Name: GEORGE SHEINBERG
----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: GEORGE SHEINBERG
 Case/Party: D-NYE-1-CR-00-000486-056
 Amount:         $455.00
----------------------------------
PAPER CHECK CONVERSION
 Amt Tendered:  $455.00
----------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00
```